# United States District Court
for the
Eastern District of Missouri

United States of America
v.
Giavonna Travis

Case No: 4:03CR431
USM No: 55529-019

Date of Previous Judgment: 12/14/04
(Use Date of Last Amended Judgment if Applicable)

Kyle Winston
Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the Term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 168 months is reduced to 140 months.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: 31
Criminal History Category: V
Previous Guideline Range: 168 to 210 months

Amended Offense Level: 29
Criminal History Category: V
Amended Guideline Range: 140 to 175 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated 12|14|04 shall remain in effect.

**IT IS SO ORDERED**

Order Date: 8/26/08

Judge's Signature

Effective Date:
(if different from order date)

Jean C. Hamilton, US District Judge
Printed Name and title